### CITY OF EAGLE LAKE v. LAKESIDE RICE MILL CO. †

(Court of Civil Appeals of Texas. San Antonio. Jan. 31, 1912. Rehearing Denied Feb. 28, 1912.)

Appeal from District Court, Colorado County; M. Kennon, Judge.

Action by the City of Eagle Lake against the Lakeside Rice Mill Company. Judgment for defendant, and plaintiff appeals. Affirmed.

W. S. Strickland, Emanuel Roos, and Carothers & Brown, for appellant. W. L. Adkins, for appellee.

JAMES, C. J. This is a companion case to No. 4,807, 144 S. W. 709, involving the same questions throughout; the only difference being that the property upon which the taxes are claimed is other property. The judgment of the district court is affirmed for the reasons given in the opinion filed in the other case, a copy of which will be filed as a part of the record in this case.

Judgment affirmed.

† Writ of error denied by Supreme Court.